MDNC 3/02

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the United States District Court for the Middle District of North Carolina


FILED
SEP 03 2013
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

Brandon Hamilton Green
_____
(Enter above full name of plaintiff—only one plaintiff)
permitted per complaint)

13CV749

v.

Orange County Detention
Center, Sheriff Lindy
Pendergrass, Lieutenant
John Sellers
_____
(Enter above full name of defendant or defendants)

I. Previous law suits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to previous lawsuit:
         Plaintiffs: _____

         Defendants: _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket number: _____
      4. Name of judge assigned to case: _____
      5. Disposition (for example, was the case dismissed? appealed? is it still pending?)
         _____

      6. Approximate date of filing lawsuit: _____

II. Previous *in forma pauperis* lawsuits

   A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)?
      ( ) Yes   (✓) No
      1. Name the court and docket number for each: _____
         _____
         _____

B. Were any of these cases dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted? Yes ( ) No (✓)
  1. If yes, how many? _____
  2. Name the court and docket number for each: _____

III. Exhaustion of Inmate Administrative Remedies

  A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes (✓) No ( )
  B. If your answer is Yes:
    1. When did you file your grievance? I verbalize the grievance to nurse Teresa Hudson *John Sellew.* towards the end of 2012 and was told She would have to Speak with Lieutenant
    2. What was your grievance? I Spoke with Teresa Hudson, Regional Administrator at Southern Health partners, and She had to speak with Lieutenant John Sellew and Lieutenant John Sellew had to speak with Sheriff Lindy pendergrass
    3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )
    If yes, when was the decision and what was the result? I continued to ask nurse Teresa Hudson about the replacement of *my tooth.* my tooth after a certain amount of time pass, and I was told that Sheriff pendergrass was not going to replace
  C. If your answer to A is no, identify the claim(s) and explain why not: _____

IV. Parties

  A. Plaintiff(s)

  Name of plaintiff:
  Brandon Hamilton Green
  Current address (place of confinement):
  105 Court Street, Hillsborough, N.C. 27278

  (You may lose important legal rights unless you immediately notify the court of any address change.)

  B. Defendant(s) (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)

  Name of defendant 1: Lindy pendergrass
  Position: The Sheriff
  Place of employment:
  Orange County Sheriff department
  Current address:
  106 East Margret Ln. Hillsborough, N.C.

  Additional defendant(s) (provide name, position, place of employment, and current address for each)
  Defendant 2: John Sellew, Lieutenant over the Jail
  106 East Margret Ln. Hillsborough, N.C.
  Defendant 3: _____
  Defendant 4: _____

-3-

(Continue on a separate sheet if necessary.)

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B. above is personally involved in depriving you of your rights. Include relevant times, dates, and places. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets if necessary.)

On May 6, 2012 I was being held in H-cell. Which is a two man cell, but there were three inmates in there at the time. We were all talking and joking around when the conversation took a wrong turn and became very heated very quickly. After exchanging words with another inmate it became physical with this particular person. We exchanged blows for a couple of minutes. During this time, I was struck, lost my balance and fell backwards. I hit the back of my head on the corner of the bunk bed. As a result, I was knocked unconscious. During this time the individual Mr. Mario Remsey continued to strike me with his fist and kick me in face. As a result of the altercation, I recieved two black eyes. My left eye was completely closed. I had a fractured nose and my entire face was completely swollen. I had my right front tooth knocked out as well as two other teeth that were knocked loose. It has been a very long road to recovery for me. As a result of my injuries, I had to be feed through a feeding tube, because I could not chew my food. I had to have a dentist appointment in order to fix my mouth. My mouth is still not fixed, the County Jail is refusing to pay for my dental work in order to get my teeth fixed completely. I still have trouble breathing due to the fact that my nose was fractured. My face has forever been changed due to the scars from my injuries.

Sheriff Lindy Pendergrass along with Lieutenant John Sellew that's over the whole Jail, refusing to pay for my dental work, along with my Surgery work I need done to my fractured nose so I can breath properly.

VI. Relief

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO
LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

I am seeking pain and suffering compensation as well as compensation for my Medical and dental work that I so desperately need.

Signed this 27th day of August, 2013.

Prison No. 114806     Signature Brandon H. Green